**Order entered December 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01092-CR

### PRISCILLA DIANE LONG, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80161-2012**

## ORDER

The Court **REINSTATES** the appeal.

On November 30, 2015, we ordered the  trial court to make findings regarding why the reporter's record had not been filed.  On December 10, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the November 30, 2015 order requiring findings.

We **ORDER** the reporter's record filed as of the date of this order.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
JUSTICE